DISLINDA GILL, as Administratrix, etc., of ANTHONY GILL, Deceased, Respondent, v. UNITED AMERICAN LINES, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL UNION TRUST COMPANY OF NEW YORK, as Executor, etc., of ADELE E. FLINT, Deceased.— Decree of the Surrogate's Court of Westchester county affirmed on the opinion of the surrogate [Reported in *Matter of Flint*, 120 Misc. Rep. 230], with costs to the executor, payable out of the estate. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of STANLEY FLETCHER, Respondent, for Appointment of a Third Arbiter, under the Provisions of a Contract, etc., between STANLEY FLETCHER and GROSVENOR NICHOLAS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.